IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROMULO PAREDES<br><br>*Plaintiff*,<br><br>v.<br><br>LINCOLN BELMONT BUILDING LLC, GS LINCOLN-BELMONT MANAGER, INC. and ROBIN SOLOMON, individually,<br><br>*Defendants*. | 21-cv-2815<br><br>Hon. Charles P. Kocoras |

## STIPULATION OF DISMISSAL

Plaintiff Romulo Paredes and Defendants Lincoln Belmont Building LLC, GS Lincoln-Belmont Manager, Inc. and Robin Solomon, by their attorneys and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure hereby stipulate to the dismissal with prejudice of the above-captioned matter.

Dated: April 25, 2022                          Respectfully submitted,

ROMULO PAREDES                                 LINCOLN BELMONT BUILDING LLC,
                                               GS LINCOLN-BELMONT MANAGER, INC,
                                               and ROBIN SOLOMON

*/s/ Carlos G. Becerra* (with consent)              */s/ Heather A. Jackson*
                                               By:   One of Their Attorneys

Carlos G. Becerra                              Heather A. Jackson
cbeccera@law-rb.com                            hjackson@taftlaw.com
11 E. Adams, Suite 1401                        TAFT STETTINIUS & HOLLISTER LLP
Chicago, Illinois 60603                        111 E. Wacker Drive, Suite 2800
(312) 957-9005                                 Chicago, Illinois 60601
                                               312.527.4000

73410147v1